THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:10cv143

SHARON A. SMITH, )
　)
　　　Plaintiff, )
　)
　　vs. )
　)
MICHAEL J. ASTRUE, )
**Commissioner of Social Security,** )
　)
　　　Defendant. )
_____ )

## J U D G M E N T

For the reasons set forth in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Summary Judgment [Doc. 7] is **DENIED**; the Defendant's Motion for Judgment on the Pleadings [Doc. 9] is **GRANTED**; and the Commissioner's decision is hereby **AFFIRMED**. This case is hereby **DISMISSED WITH PREJUDICE.**

Signed: December 1, 2011

Martin Reidinger
United States District Judge